UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ING CAPITAL LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>777 PARTNERS LLC, 600 PARTNERS LLC, SUTTONPARK CAPITAL LLC, SUTTONPARK SERVICING LLC, JOSH WANDER, STEVEN PASKO, and FREDERICK LOVE,<br><br>      Defendants. | Civil Action No. 1:24-CV-07913<br><br>ECF Case |

**STIPULATION AND ORDER EXTENDING
STIPULATING DEFENDANTS' TIME TO RESPOND TO COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff, ING Capital LLC ("ING Capital"), and Defendants 777 Partners LLC, 600 Partners LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC, Josh Wander, and Steven Pasko (together, the "Stipulating Defendants") as follows:

1. Each of the Stipulating Defendants acknowledges service and receipt of the Summons and Complaint as of October 30, 2024, and waives any defenses based upon sufficiency of process or service of process.

2. Each of the Stipulating Defendants expressly reserves, and has not waived, any other defenses, including without limitation, defenses based on venue, personal jurisdiction, and subject matter jurisdiction.

3. The Stipulating Defendants' time to answer, move, or otherwise respond to the Complaint is extended through and including December 20, 2024.

4. This stipulation may be executed in counterparts and facsimile, electronic and scanned signatures shall have the same force and effect as original signatures.

[Signatures on following page]

Dated: New York, New York
November 11, 2024

**SMITH, GAMBRELL & RUSSELL, LLP**

By: _/s/ John G. McCarthy_
John G. McCarthy

1301 Avenue of the Americas, 21st Floor
New York, NY 10019
(212) 907-9700
jmccarthy@sgrlaw.com

*Counsel for 777 Partners LLC, 600 Partners LLC, SuttonPark Capital LLC, and SuttonPark Servicing LLC*

**MORGAN, LEWIS & BOCKIUS LLP**

By: _/s/ Stephan E. Hornung_
Stephan E. Hornung
Andrew J. Gallo*
Matthew C. Ziegler
Michael Morgan*

101 Park Avenue
New York, NY 10178
(212) 309-6000
andrew.gallo@morganlewis.com
stephan.hornung@morganlewis.com
matthew.ziegler@morganlewis.com
michael.morgan@morganlewis.com

*application for admission forthcoming

*Counsel for Plaintiff ING Capital*

**GIBSON, DUNN & CRUTCHER LLP**

By: _/s/ Jordan Estes_
Jordan Estes

200 Park Avenue
New York, New York 10166-0193
(212) 351-3906
JEstes@gibsondunn.com

*Counsel for Josh Wander*

**MORVILLO ABRAMOWITZ GRAND IASON & ANELLO, P.C.**

By: _/s/ Christopher B. Harwood_
Christopher B. Harwood
Jenna Jones

565 Fifth Avenue
New York, NY 10017
(212) 880-9547
charwood@maglaw.com
jjones@maglaw.com

*Counsel for Steven Pasko*

**SO ORDERED**

Dated: New York, New York
November 12, 2024

_____
Hon. John G. Koeltl
United States District Judge