UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ING CAPITAL LLC,

                Plaintiff,              24-cv-7913 (JGK)

     - against -               ORDER

777 PARTNERS LLC, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a pre-motion conference on **January 9, 2025**, at **12:00 p.m.** in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    New York, New York
            December 23, 2024

                                                  John G. Koeltl
                                     United States District Judge