*1301 Avenue of the Americas*
*15th Floor*
*New York, New York 10019*
*Tel: 212-907-9700*
*www.sgrlaw.com*

# Smith Gambrell Russell

*John G. McCarthy*
*Direct Tel: 212-907-9703*
*Direct Fax: 212-907-9803*
*jmccarthy@sgrlaw.com*

January 8, 2025

**VIA ECF**

Honorable John G. Koeltl
United States District Judge
500 Pearl Street
New York, New York 10007

Re: *ING Capital LLC v. 777 Partners LLC, et al.*,
24 Civ. 7913 (JGK)

*[Handwritten: Conference adjourned from 1/10/25 to 1/16/25 at 2:30 P.M. So ordered. /s/ JGK U.S.D.J. 1/8/25]*

Dear Judge Koeltl:

We are the attorneys for Defendants 777 Partners LLC, 600 Partners LLC, SuttonPark Capital LLC and SuttonPark Servicing LLC (the "777 Entity Defendants") in the above-entitled matter. We write on behalf of all defendants to respectfully request an adjournment of Friday's pre-motion conference. Plaintiff consents to this request.

The parties are engaged in discussions concerning a possible resolution to the issues raised in the defendants' letters requesting pre-motion conferences. We are hopeful that with an additional few days, the parties can reach an agreement. Accordingly, we respectfully request that the conference be adjourned until Thursday or Friday next week, January 16 or 17.

Respectfully yours,

*/s/ John G. McCarthy*

John G. McCarthy

cc: All counsel of record