```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ING CAPITAL LLC,

                Plaintiff,        24-cv-7913 (JGK)

    - against -                    ORDER

777 PARTNERS LLC, ET AL.,
                Defendants.

**JOHN G. KOELTL, District Judge:**

    The Conference scheduled for **2:30 p.m.** on **January 16, 2025**, is canceled. The Clerk is respectfully directed to close the case.

SO ORDERED.

Dated:    New York, New York
            January 16, 2025

                                          John G. Koeltl
                                  United States District Judge